Marilyn **RICHARDSON**, Appellant,

v.

**REPRODUCTIVE ENDOCRINE AND FERTILITY CONSULTANTS,** Respondent.

No. WD 45017.

Missouri Court of Appeals, Western District.

May 5, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1992.

Karon D. Ramsey, Kansas City, for appellant.

Kit Carson Roque, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from the trial court's entry of judgment for appellant in the amount of $6,839.

Affirmed. Rule 84.16(b).